CHARLES F. PREUSS (State Bar No. 45783)
KENNETH P. CONOUR (State Bar No. 148064)
MICHELLE A. CHILDERS (State Bar No. 197064)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 397-1730
Facsimile: (415) 397-1735

Attorneys for Defendant
CENTOCOR, INC. AND JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. HOLLY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTOCOR INC. and JOHNSON & JOHNSON,<br><br>　　　　　　Defendants. | Case No. S-03-1192 LKK KJM<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY TIMELINE** |

　　　　To accommodate the parties' continuing settlement efforts, the parties jointly request a short extension of the current discovery schedule to complete fact and expert discovery. This extension will require a brief extension of the law and motion schedule. No other dates in the scheduling order, including the trial date, will be extended or affected by the requested extension.

　　　　The current deadline for completion of discovery is May 18, 2005. *The proposed new date for completion of discovery will be June 24, 2005.*

　　　　The current deadline for filing Daubert motions is June 7, 2005. *The proposed new deadline for filing Daubert motions is July 12, 2005.* The current date for hearing Daubert motions and the completion of all other law and motion matters is July 18, 2005.

*The proposed new date for hearing <u>Daubert</u> motions and the completion of all other law and motion matters is August 22, 2005.*

Should the Court wish to set a telephonic conference addressing this proposal, the parties advise that due to traveling to depositions in this action, the best available times are as follows: Tuesday, May 17, 2005 beginning at 3:30 Pacific Time; Wednesday May 18, 2005 between 10:00 AM and Noon; Thursday, May 19, 2005 at any time convenient to the Court between 8:30 AM - 4:30 PM Pacific Time.

Dated: May __, 2005      BOURDETTE & PARTNERS

/signature on original
MIRIAM BOURDETTE

Attorneys for Plaintiff
EDWARD E. HOLLY

Dated: May __, 2005      DRINKER BIDDLE & REATH LLP

/signature on original
KENNETH P. CONOUR

Attorneys for Defendant
CENTOCOR INC. AND JOHNSON & JOHNSON

# ORDER

This matter having come before the Court by joint request of the parties filed on May 16, 2005, the Court having considered the papers and for good cause shown, it is hereby ordered that the following amended schedule is adopted:

| | |
|---|---|
| Completion of discovery | June 24, 2005 |
| Filing of Daubert motions | July 12, 2005 |
| Hearing on Daubert motions | August 22, 2005 at 10:00 a.m. |
| Completion of law motion | August 22, 2005 |
| Final Pretrial Conference | October 24, 2005 at 1:30 p.m. (no change) |
| Trial | January 24, 2006 at 10:30 a.m. (no change) |

**IT IS SO ORDERED.**

Dated:  May 18, 2005

/s/Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
United States District Judge